```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 33827
  TONY D COLEMAN
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

        Debtor
  SSN XXX-XX-5392

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/13/2004 and was confirmed 12/15/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 04/16/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE   SECURED             8500.00        906.78         8500.00
CAPITAL ONE AUTO FINANCE   UNSECURED            621.90           .00           62.19
COUNTRYWIDE HOME LOANS     SECURED                 .00           .00             .00
WELLS FARGO FINANCIAL IL   CURRENT MORTG           .00           .00             .00
ROBERT J ADAMS & ASSOC     PRIORITY         NOT FILED            .00             .00
CITIBANK NA                UNSECURED        NOT FILED            .00             .00
ECAST SETTLEMENT CORP      UNSECURED           6923.26           .00          692.33
CAPITAL ONE BANK           UNSECURED           1029.35           .00          102.94
FRANKLIN TEMPLETON         UNSECURED        NOT FILED            .00             .00
ECAST SETTLEMENT CORP      UNSECURED           6052.49           .00          605.25
CAPITAL ONE BANK           UNSECURED           3456.02           .00          345.60
AMERICAN EXPRESS TRAVEL    UNSECURED           3605.23           .00          360.52
SAMS CLUB                  UNSECURED        NOT FILED            .00             .00
RESURGENT ACQUISITION LL   UNSECURED           5745.46           .00          574.55
ROUNDUP FUNDING LLC        UNSECURED            785.03           .00           78.50
GENEVIEVE MARTIN           UNSECURED           1258.40           .00          125.84
CITIFINANCIAL              UNSECURED            455.63           .00           45.56
WELLS FARGO FINANCIAL IL   UNSECURED           2073.53           .00          207.35
ROBERT J ADAMS & ASSOC     DEBTOR ATTY        1,850.00                       1,850.00
TOM VAUGHN                 TRUSTEE                                             866.67
DEBTOR REFUND              REFUND                                                 .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              15,324.08

PRIORITY                                       .00
SECURED                                   8,500.00
   INTEREST                                 906.78
UNSECURED                                 3,200.63

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 33827 TONY D COLEMAN
```

```
ADMINISTRATIVE                                              1,850.00
TRUSTEE COMPENSATION                                          866.67
DEBTOR REFUND                                                    .00
                                        ---------------   ---------------
TOTALS                                        15,324.08         15,324.08
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 07/29/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE



                        PAGE   2
         CASE NO. 04 B 33827 TONY D COLEMAN